[No. 30889-4-II.   Division Two.   September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON EUGENE ROBINS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-00608-1, James J. Stonier, J., entered September 10, 2003. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 30923-8-II.   Division Two.   September 21, 2004.]

WILLIE J. WOODS, *Respondent*, v. NOBLE MANOR COMPANY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-11333-5, Rosanne Buckner, J., entered September 29, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 22024-9-III.   Division Three.   September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL LLOYD CANADAY, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 03-1-00009-9, Rebecca M. Baker, J., entered April 11, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.